UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CELIA CALDERA, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-079 |
| GENERAL MOTORS LLC, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On June 18, 2018, both Plaintiffs Celia Caldera and Zindy Reese and Defendant General Motors filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 16) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 27th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge